EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  Orlando Torres Trinidad | 2013 TSPR 125  189 DPR ____ |
|---|---|

Número del Caso: TS-8227

Fecha: 7 de junio de 2013

Abogado del Querellado:

       Lcdo. Luis E. Pinto Andino

Oficina de la Procuradora General:

       Lcda. Karla Z. Pacheco Álvarez
       Subprocuradora General

       Lcda. Minnie H. Rodríguez López
       Procuradora General Auxiliar

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Orlando Torres Trinidad

TS-8227

RESOLUCIÓN

En San Juan, Puerto Rico, a 7 de junio de 2013.

Atendido el Informe de la Procuradora General, se ordena el archivo de la queja AB-2011-10. Además, se reinstala al Lcdo. Orlando Torres Trinidad al ejercicio de la abogacía, no sin antes expresar nuestra censura a su conducta y le apercibimos de su deber de cumplir con diligencia las órdenes de este Tribunal.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo